IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-10255
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW J. BOST,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-101-1-Y
--------------------
August 15, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Andrew J.

Bost has moved for leave to withdraw and has filed a brief as

required by Anders v. California, 386 U.S. 738 (1967).  Although

notified of his right to file a response, Bost has not done so.

Our independent review of the brief and the record discloses no

nonfrivolous issue for appeal.  See id.  Accordingly, counsel's

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.